# EXHIBITS A & B
# [REDACTED ON ECF]