**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GUOLIANG MA, ELIZABETH PEGUERO, SHARON MANIER, and KIN FAI LAU, on behalf of themselves and others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>HARMLESS HARVEST, INC.,<br><br>  Defendant.<br><br><br>ANNA ST. JOHN,<br><br>  Objector. | No. 16-cv-7102 (JMA) (SIL) |

---

### NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

---

TO: All Counsel of Record

**PLEASE TAKE NOTICE** that upon the annexed affidavit in support of this motion and the Certificates of Good Standing annexed thereto I move this Court under Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the my admission *pro hac vice*, to argue or try this case in whole or in part as counsel for objecting class member Anna St. John. I am an attorney with the Competitive Enterprise Institute's Center for Class Action Fairness and a member in good standing of the Bars of the Commonwealth of Pennsylvania and the District of Columbia.

Dated: September 14, 2017        Respectfully Submitted,

Adam E. Schulman
COMPETITIVE ENTERPRISE INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1310 L Street NW 7th Floor
Washington, DC 20005
Phone: (610) 457-0856
Email: adam.schulman@cei.org

*Attorney for Anna St. John*

## Certificate of Service

The undersigned certifies he filed the foregoing Notice on ECF which will send electronic notification to all attorneys registered for ECF-filing.

Dated: September 14, 2017

Adam E. Schulman