FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N Y
★ OCT 02 2017 ★
BROOKLYN OFFICE

Jason Bowerman
4800 Copley Lane Apt. 278
Upper Marlboro, MD 20772
jasonbowerman81@hotmail.com
(202) 203 9988

In re: Guoliang Ma, et al. v. Harmless Harvest, Inc. No. 16-cv-7102 (JMA) (SIL)
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

September 24, 2017

United States District Court,

    I wish to file a formal objection in the case of "Guoliang Ma, et al. v. Harmless Harvest Inc., Case No. 2:16-cv-07102 (JMA) (SIL)". I state that I am representing myself in this objection without an attorney. I object to the fairness of this settlement and that it provides no financial compensation to all of the class members that were misled due to false advertising. Many companies advertise 100% Pure Coconut Water such as Foco, Zico, Iberia and Coco which are lower priced compared to similar products by Natural Harvest. Other similar class action lawsuits have all provided financial compensation to consumers due to false advertising of 100% natural product such as Naked Juice, Good Karma Flax Milk, and Muscle Milk. I ask the court to reject this settlement so that a new settlement can be reached that provides financial compensation to the class action members that were misled by Harmless Harvest. I state that I am a class member under this case and purchased Harmless Harvest 100% Raw Coconut Water during the class period. "I declare under penalty of perjury under the laws of the United States of America that the foregoing statements regarding class membership are true and correct to the best of my knowledge."

Thank You,

Jason Bowerman



RECEIVED
OCT 0 4 2017
EDNY PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 0 4 2017 ★
LONG ISLAND OFFICE

Jason Bowerman
4806 Copley Lane Apt. 278
Upper Marlboro, MD 20772

23 SEP 2017 PM 1 L
CAPITAL DISTRICT 200xx

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 02 2017 ★

BROOKLYN OFFICE