# CIVIL CAUSE FOR FAIRNESS HEARING

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE:    11/3/2017          TIME:  1:00 PM          TIME IN COURT: 2 hours

CASE: **CV 16-07102 (JMA)(SIL)** Ma et al. v. Harmless Harvest, Inc.

APPEARANCES:   For Plaintiff:    C.K. Lee, Anne Seelig,

                        For Defendant:   Robert Wolinsky

                        Objector:         Adam Schulman

FTR:

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled on
- ☐ Next conference scheduled on
- ☒ Other:   Decision reserved.