UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUOLING MA, ELIZABETH PEGUERO, SHARON MANIER and KIN FAI LAU, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>-against-<br><br>HARMLESS HARVEST, INC.,<br><br>Defendant. | Case No.: 16-cv-7102-JMA-SIL<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

For the Defendant:

By: _____
Robert B. Wolinsky, Esq.
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Robert.wolinsky@hoganlovells.com

Date: August 2, 2018

For the Plaintiffs:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 8-6-18

SO ORDERED:

/s/ Joan M. Azrack                                    8/7/2018
_____                       _____
Hon. Joan M. Azrack, U.S.D.J.                    Dated